IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
15 JUL 13 PM 2:49


SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

IN THE MATTER OF THE SEARCH OF :
:
: CASE NO: 3:15MJ188
In re: search of electronic devices listed in :
Attachment A :
in the custody of Germantown Police Department. :

ORDER SEALING APPLICATION, SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Supporting Affidavit, Search Warrant and Return for captioned Search Warrant be sealed and kept from public inspection.

7-13-15
DATE

SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE